UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNEDRA, G., *Plaintiff*, v. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, *Defendant*. | § § § § § § § § § § | Civil Action No. 3:25-CV-1565-X-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 25). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 25th day of September, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE